UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------

GILLIAN TORRES,

                        Plaintiff,

      vs                                             9:02-CV-527

DONALD SELSKY, Director - Special Housing;
LT. DRESSER; K. ST. LOUIS, Correctional Officer;
S. MURPHY; and C.O. DIOATO,

                        Defendants.

-------------------------------------

APPEARANCES:                                  OF COUNSEL:

GILLIAN TORRES
Plaintiff, Pro Se
93-A-2711
Great Meadow Correctional Facility
Box 51
Comstock, NY 12821

HON. ELIOT SPITZER                       CHRISTOPHER W. HALL, ESQ.
Attorney General of the                   Asst. Attorney General
  State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff, Gillian Torres, brought this civil rights action pursuant to 42 U.S.C. § 1983.

By Report-Recommendation dated April 25, 2005, the Honorable David E. Peebles, United

States Magistrate Judge, recommended that the defendants' motion for summary judgment

be granted and the complaint be dismissed in all respects. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Peebles, the Report-Recommendation is accepted and adopted in whole. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. The defendants' motion for summary judgment is GRANTED;

2. The complaint is DISMISSED in all respects.

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

United States District Judge

Dated: November 8, 2005
        Utica, New York.